R 

# United States District Court
## Northern District of Illinois
### Prisoner Civil Cover Sheet

**FILED**

**FEB 16 2023**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** CORNELIUS MOSSETTE

**Defendant(s):** TOM DART, ET AL.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Name: CORNELIUS MOSSETTE

**Defendant's Attorney:**

**Unit Field:** 20180804057

**(Prisoner ID Field (USM# ONLY))**

**Address:**
Cook County Jail
2700 South California Avenue
Chicago, IL 60608

1:23-cv-01235
Judge John F. Kness
Magistrate Judge Jeffrey T. Gilbert
PC 6
DIRECT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
■ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff: Defendant:

**Origin:**
■ 1. Original Proceeding
☐ 5. Transferred from Other District
☐ 2. Removed from State Court
☐ 6. MultiDistrict Litigation
☐ 3. Remanded from Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 - Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ■ Yes ☐ No

**Signature:** K. Albert   **Date:** 2/16/2023

1:19-cv-08469, Kness/Gilbert, PC7

Rev. 02/12/2019