**FILED**

**FEB 16 2023**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Cornelius Mossette
(full name of plaintiff or petitioner)

vs.

Tom J. Dart, Cermack Medical, CCHS, Div-9 medical staff
(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(PRISONER CASES)

Case number: 1:23-cv-01235
Judge John F. Kness
Magistrate Judge Jeffrey T. Gilbert
PC 6
DIRECT

**Instructions:** Please answer every question. Do not leave blanks. If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

___ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

___ to request an attorney

1. *Are you in custody?* ✓ Yes ___ No
   ID # 20180504057    Name of jail or prison: Cook County Jail
   Do you receive any payment from this institution? ___ Yes ✓ No
   If "Yes," how much per month? $ NONE

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

   (list the 12-month total for each)

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ 0 |
   | Income from interest or dividends: | $ 0 |
   | Income from rent payments: | $ 0 |
   | Pensions, annuities, or life insurance: | $ 0 |
   | Disability or worker's compensation: | $ 0 |
   | Gifts: | $ 2,000 |
   | Deposits by others into your jail or prison account: | $ 2,000 |
   | Unemployment, public assistance, or welfare: | $ 0 |
   | Settlements or judgments: | $ 0 |
   | Any other source of money: | $ NO |

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? ___ Yes ✓ No  If yes, how much? _____

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?  ___ Yes ✓ No

   If yes, list each item of property and state its approximate value:
   _____
   _____

5. *Dependents:* Is anyone dependent on you for support?  ___ Yes ✓ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:
   _____
   _____

6. *Debts and financial obligations:* List any amounts you owe to others:
   _____ None _____
   _____

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 12/26/22              *Cornelius Mossette*
                            Applicant's signature

                            Cornelius Mossette
                            Printed name

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, Cornelius Mossette, ID # 18-0804057 has the sum of $ 218.47 on account to his/her credit at Cook County-DOC (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ 210.00 (Add all deposits from all sources and then divide by the number of months.)

Date: 12/6/2022              _____
                             Signature of authorized officer

                             M. Grinnage
                             Printed name

Page 1 of 2

Rev. 2/2020

## 606053 : Mossette, Cornelius
DIV9 1A 1131

Cook Checking Main Balance: $218.47

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 3938588 | 9/14/2022 | Bill | $69.95 | $69.95 | Commissary : COMMISSARY 9/14/2022 REF:7211 | | $1619.36 |
| 3892780 | 9/7/2022 | CredPay | | | PAYMENT FOR TRANS 3892779 | $12.47 | $1619.36 |
| 3892779 | 9/7/2022 | Credit | $12.47 | $12.47 | Commissary : COMMISSARY CREDIT 9/7/2022 REF:7157 | | $1606.89 |
| 3888239 | 9/7/2022 | BillPay | | | PAYMENT FOR TRANS 3888238 | -$78.65 | $1606.89 |
| 3888238 | 9/7/2022 | Bill | $78.65 | $78.65 | Commissary : COMMISSARY 9/7/2022 REF:7144 | | $1685.54 |
| 3859507 | 9/1/2022 | CredPay | | | PAYMENT FOR TRANS 3859506 | $8.69 | $1685.54 |
| 3859506 | 9/1/2022 | Credit | $8.69 | $8.69 | Commissary : COMMISSARY CREDIT 9/1/2022 REF:7119 | | $1676.85 |
| 3847209 | 8/31/2022 | BillPay | | | PAYMENT FOR TRANS 3847208 | -$92.09 | $1676.85 |
| 3847208 | 8/31/2022 | Bill | $92.09 | $92.09 | Commissary : COMMISSARY 8/31/2022 REF:7094 | | $1768.94 |
| 3834730 | 8/29/2022 | BillPay | | | PAYMENT FOR TRANS 3834729 | -$20.00 | $1768.94 |
| 3834729 | 8/29/2022 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 8/29/2022 REF:7079 | | $1788.94 |
| 3795677 | 8/24/2022 | BillPay | | | PAYMENT FOR TRANS 3795676 | -$100.22 | $1788.94 |
| 3795676 | 8/24/2022 | Bill | $100.22 | $100.22 | Commissary : COMMISSARY 8/24/2022 REF:7021 | | $1889.16 |
| 3785571 | 8/22/2022 | BillPay | | | PAYMENT FOR TRANS 3785570 | -$50.00 | $1889.16 |
| 3785570 | 8/22/2022 | Bill | $50.00 | $50.00 | Commissary : COMMISSARY 8/22/2022 REF:7002 | | $1939.16 |
| 3765590 | 8/18/2022 | CredPay | | | PAYMENT FOR TRANS 3765589 | $24.48 | $1939.16 |
| 3765589 | 8/18/2022 | Credit | $24.48 | $24.48 | Commissary : COMMISSARY CREDIT 8/18/2022 REF:6969 | | $1914.68 |
| 3759203 | 8/17/2022 | BillPay | | | PAYMENT FOR TRANS 3759202 | -$101.91 | $1914.68 |

## 606053 : Mossette, Cornelius
### DIV9 1A 1131

Cook Checking Main Balance: $218.47

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 3759202 | 8/17/2022 | Bill | $101.91 | $101.91 | Commissary : COMMISSARY 8/17/2022 REF:6954 | | $2016.59 |
| 3750681 | 8/15/2022 | BillPay | | | PAYMENT FOR TRANS 3750680 | -$30.00 | $2016.59 |
| 3750680 | 8/15/2022 | Bill | $30.00 | $30.00 | Commissary : COMMISSARY 8/15/2022 REF:6934 | | $2046.59 |
| 3734830 | 8/13/2022 | CredPay | | | PAYMENT FOR TRANS 3734829 | $40.24 | $2046.59 |
| 3734829 | 8/13/2022 | Credit | $40.24 | $40.24 | Commissary : COMMISSARY CREDIT 8/13/2022 REF:6918 | | $2006.35 |
| 3724051 | 8/10/2022 | BillPay | | | PAYMENT FOR TRANS 3724050 | -$96.03 | $2006.35 |
| 3724050 | 8/10/2022 | Bill | $96.03 | $96.03 | Commissary : COMMISSARY 8/10/2022 REF:6889 | | $2102.38 |
| 3714735 | 8/8/2022 | BillPay | | | PAYMENT FOR TRANS 3714734 | -$20.00 | $2102.38 |
| 3714734 | 8/8/2022 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 8/8/2022 REF:6869 | | $2122.38 |
| 3691249 | 8/3/2022 | CredPay | | | PAYMENT FOR TRANS 3691248 | $83.38 | $2122.38 |
| 3691248 | 8/3/2022 | Credit | $83.38 | $83.38 | Commissary : COMMISSARY CREDIT 8/3/2022 REF:6837 | | $2039.00 |
| 3653715 | 7/27/2022 | BillPay | | | PAYMENT FOR TRANS 3653714 | -$19.53 | $2039.00 |
| 3653714 | 7/27/2022 | Bill | $19.53 | $19.53 | Commissary : COMMISSARY 7/27/2022 REF:6758 | | $2058.53 |
| 3638399 | 7/25/2022 | HoldRel | | | Hold manually released from resident account | $1798.00 | $2058.53 |
| 3638396 | 7/25/2022 | CredPayV | | | VOID TRANS 3608693 | -$300.00 | $2058.53 |
| 3638395 | 7/25/2022 | CredVoid | $300.00 | $300.00 | VOID TRANS 3608692 : | | $2358.53 |
| 3638394 | 7/25/2022 | CredPayV | | | VOID TRANS 3457337 | -$300.00 | $2358.53 |
| 3638393 | 7/25/2022 | CredVoid | $300.00 | $300.00 | VOID TRANS 3457336 : | | $2658.53 |

## 606053 : Mossette, Cornelius
DIV9 1A 1131

Cook Checking Main Balance: $218.47

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 3638392 | 7/25/2022 | CredPayV | | | VOID TRANS 3382122 | -$300.00 | $2658.53 |
| 3638391 | 7/25/2022 | CredVoid | $300.00 | $300.00 | VOID TRANS 3382121 : | | $2958.53 |
| 3638390 | 7/25/2022 | CredPayV | | | VOID TRANS 3347907 | -$200.00 | $2958.53 |
| 3638389 | 7/25/2022 | CredVoid | $200.00 | $200.00 | VOID TRANS 3347906 : | | $3158.53 |
| 3638388 | 7/25/2022 | CredPayV | | | VOID TRANS 3343254 | -$300.00 | $3158.53 |
| 3638387 | 7/25/2022 | CredVoid | $300.00 | $300.00 | VOID TRANS 3343253 : | | $3458.53 |
| 3638386 | 7/25/2022 | CredPayV | | | VOID TRANS 3295196 | -$300.00 | $3458.53 |
| 3638385 | 7/25/2022 | CredVoid | $300.00 | $300.00 | VOID TRANS 3295195 : | | $3758.53 |
| 3638384 | 7/25/2022 | CredPayV | | | VOID TRANS 3236662 | -$300.00 | $3758.53 |
| 3638383 | 7/25/2022 | CredVoid | $300.00 | $300.00 | VOID TRANS 3236661 : | | $4058.53 |
| 3618883 | 7/20/2022 | BillPay | | | PAYMENT FOR TRANS 3618882 | -$19.75 | $4058.53 |
| 3618882 | 7/20/2022 | Bill | $19.75 | $19.75 | Commissary : COMMISSARY 7/20/2022 REF:6705 | | $4078.28 |
| 3608693 | 7/18/2022 | CredPay | | | PAYMENT FOR TRANS 3608692 | $300.00 | $4078.28 |
| 3608692 | 7/18/2022 | Credit | $300.00 | $0.00 | Western Union Deposits : TCN:5313856198221998\|ANDREA V, JOHNSON | | $3778.28 |
| 3584918 | 7/13/2022 | BillPay | | | PAYMENT FOR TRANS 3584917 | -$19.85 | $3778.28 |
| 3584917 | 7/13/2022 | Bill | $19.85 | $19.85 | Commissary : COMMISSARY 7/13/2022 REF:6635 | | $3798.13 |
| 3549845 | 7/6/2022 | Hold | | | POLICY 1202 | -$1798.00 | $3798.13 |
| 3519788 | 6/29/2022 | BillPay | | | PAYMENT FOR TRANS 3519787 | -$83.38 | $3798.13 |
| 3519787 | 6/29/2022 | Bill | $83.38 | $83.38 | Commissary : COMMISSARY 6/29/2022 REF:6531 | | $3881.51 |

## 606053 : Mossette, Cornelius
DIV9 1A 1131

Cook Checking Main Balance:   $218.47

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 3509904 | 6/27/2022 | BillPay | | | PAYMENT FOR TRANS 3509903 | -$30.00 | $3881.51 |
| 3509903 | 6/27/2022 | Bill | $30.00 | $30.00 | Commissary : COMMISSARY 6/27/2022 REF:6521 | | $3911.51 |
| 3484185 | 6/22/2022 | BillPay | | | PAYMENT FOR TRANS 3484184 | -$100.96 | $3911.51 |
| 3484184 | 6/22/2022 | Bill | $100.96 | $100.96 | Commissary : COMMISSARY 6/22/2022 REF:6483 | | $4012.47 |
| 3474240 | 6/20/2022 | BillPay | | | PAYMENT FOR TRANS 3474239 | -$30.00 | $4012.47 |
| 3474239 | 6/20/2022 | Bill | $30.00 | $30.00 | Commissary : COMMISSARY 6/20/2022 REF:6464 | | $4042.47 |
| 3457337 | 6/16/2022 | CredPay | | | PAYMENT FOR TRANS 3457336 | $300.00 | $4042.47 |
| 3457336 | 6/16/2022 | Credit | $300.00 | $0.00 | Western Union Deposits : TCN:0626251255221678\|ANDREA V, JOHNSON | | $3742.47 |
| 3449807 | 6/15/2022 | BillPay | | | PAYMENT FOR TRANS 3449806 | -$93.25 | $3742.47 |
| 3449806 | 6/15/2022 | Bill | $93.25 | $93.25 | Commissary : COMMISSARY 6/15/2022 REF:6413 | | $3835.72 |
| 3440585 | 6/13/2022 | BillPay | | | PAYMENT FOR TRANS 3440584 | -$30.00 | $3835.72 |
| 3440584 | 6/13/2022 | Bill | $30.00 | $30.00 | Commissary : COMMISSARY 6/13/2022 REF:6388 | | $3865.72 |
| 3413847 | 6/8/2022 | BillPay | | | PAYMENT FOR TRANS 3413846 | -$101.80 | $3865.72 |
| 3413846 | 6/8/2022 | Bill | $101.80 | $101.80 | Commissary : COMMISSARY 6/8/2022 REF:6322 | | $3967.52 |
| 3404596 | 6/6/2022 | BillPay | | | PAYMENT FOR TRANS 3404595 | -$10.00 | $3967.52 |
| 3404595 | 6/6/2022 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 6/6/2022 REF:6294 | | $3977.52 |
| 3382122 | 6/1/2022 | CredPay | | | PAYMENT FOR TRANS 3382121 | $300.00 | $3977.52 |
| 3382121 | 6/1/2022 | Credit | $300.00 | $0.00 | Western Union Deposits : TCN:2097054237221528\|ANDREA V, JOHNSON | | $3677.52 |