# FILED
## FEB 16 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

Plaintiff(s) Cornelius Mossette #2018.0804057

v.

Defendant(s) Tom J. Dart, Cermack Medical C.C.H.S. Nurses & Doctors

1:23-cv-01235
Judge John F. Kness
Magistrate Judge Jeffrey T. Gilbert
PC 6
DIRECT

## MOTION FOR ATTORNEY ASSISTANCE

[NOTE: Failure to complete all items in this form may result in the denial of this motion]

1. I, Cornelius Mossette #2018-0804-057, declare that I am the (check appropriate box) [✓] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby petition the Court to request counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation (NOTE: This item must be completed):

   1) Gregory E. Kulis & Associates, LTD. 30 N. Lasalle Street, Suite 2140 Chicago IL 60602
   2) Lovey and Lovey Attorneys At Law. 311 North Aberdeen 3rd Floor
   3) Motherway & Napleton, LLP Suite 1500. 140 South Dearborn Street

   but I have been unable to find an attorney because: only one firm has responded to my request for Attorney Representation, but I currently dont have the funds to obtain representation.

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney requested by the Court to serve as counsel in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney requested by the Court to serve as counsel in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [✓] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. [ ] (Check one box) In further support of my motion, I declare that my highest level of education is:

[ ] Grammar school only  [✓] Some high school  [ ] High school graduate

[ ] Some college  [ ] College graduate  [ ] Post-graduate

6. [ ] (Check only if applicable) In further support of my motion, I declare that my ability to speak, write, and/or read English is limited because English is not my primary language.

7. [✓] (Check only if applicable) In further support of my motion, I declare that this form and other complaint forms were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program.

8. I declare under penalty that the foregoing is true and correct.

_Carlos Mosseta_  
Movant's Signature

_2400 s. California Ave_  
Street Address

_12-15-22_  
Date

_Chicago IL 60608_  
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney requested by this Court in the civil or criminal actions listed below.

Assigned Judge: _____  Case Number: _____

Case Title: _____

Attorney's Name: _____

If this case is still pending, please check box [ ]

Assigned Judge: _____  Case Number: _____

Case Title: _____

Attorney's Name: _____

If this case is still pending, please check box [ ]

Assigned Judge: _____  Case Number: _____

Case Title: _____

Attorney's Name: _____

If this case is still pending, please check box [ ]