IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cornelius Mossette (2018-0804057), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 23-cv-01235 |
| v. | ) | |
| | ) | Judge John F. Kness |
| Tom Dart, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. 3) is denied without prejudice because it is incomplete. If Plaintiff wants to proceed further with this lawsuit, he must either: (1) submit a renewed *in forma pauperis* application in accordance with this order; or (2) prepay the $402 filing fee. Failure to comply with this order on or before April 10, 2023 may result in the summary dismissal of this case. Plaintiff is advised that he has a continuing obligation to keep the Court apprised of his current address, and failure to do so will result in dismissal of this lawsuit for failure to comply with a court order and for want of prosecution. The Clerk is instructed to send Plaintiff a blank *in forma pauperis* application, along with a copy of this order. The Court defers its review of Plaintiff's complaint (Dkt. 1) and his motion for attorney representation (Dkt. 4) until Plaintiff resolves his fee status. See accompanying Statement for details.

### STATEMENT

Plaintiff Cornelius Mossette, an inmate at the Cook County Jail, brings this civil rights lawsuit *pro se* under 42 U.S.C. § 1983, alleging inadequate medical care. Plaintiff seeks leave to proceed *in forma pauperis* (IFP) (Dkt. 3) in this action.

Plaintiff's IFP application is incomplete and is thus denied without prejudice. The Prison Litigation Reform Act requires all prisoners to pay the full filing fee. *See* 28 U.S.C. § 1915(b)(1). If the prisoner is not able to prepay the fee, he may submit an application to proceed IFP to pay the fee with monthly deductions from his trust fund account. A prisoner seeking leave to proceed IFP must obtain a certificate from an authorized official stating the amount of money the prisoner has on deposit in his or her trust fund account. The prisoner also must "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2).

Plaintiff's application, however, is incomplete. To begin, the application is stale: Plaintiff signed it on December 26, 2022, and the jail certification was completed on December 6, 2022. (Dkt. 3 at pg. 2.) But Plaintiff did not file this lawsuit until February 16, 2023. Moreover, the application does not include certified trust fund information for the six-month period preceding the filing of the lawsuit (*i.e.*, from August 16, 2022 to February 16, 2023). Instead, the application includes trust fund information for the period covering June 1, 2022 to September 14, 2022. (*See id.* at pgs. 3-6.) These gaps preclude the Court from making an accurate assessment of Plaintiff's financial condition.

If Plaintiff wishes to proceed further with this lawsuit, he must submit a complete renewed application in accordance with this order. Plaintiff is admonished that any false or inaccurate representations concerning his financial status will subject this case to dismissal. Plaintiff should therefore ensure that he is providing complete and accurate information concerning his finances in any renewed application. In the alternative, Plaintiff may prepay the full statutory filing fee of $402.

The Clerk is instructed to send Plaintiff a blank IFP application, along with a copy of this order. Plaintiff's failure to comply with this order by the date set forth above may result in the summary dismissal of this lawsuit.

SO ORDERED in No. 23-cv-01235.

Date: March 13, 2023

                                                      JOHN F. KNESS
                                                      United States District Judge