**FILED**

Ken

APR 0 4 2023 SMB

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

(full name of plaintiff or petitioner)

vs. Cornelius Massette (#20150804-057)

Tom Dart, et al.,

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (PRISONER CASES)**

Case number: 23-cv-01235

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✓] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[ ] to request an attorney

1. *Are you in custody?* [✓] Yes [ ] No
   ID # 20180804057      Name of jail or prison: Cook County Jail
   Do you receive any payment from this institution? [ ] Yes [✓] No
   If "Yes," how much per month? $ none

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

   *(list the 12-month total for each)*

   | | |
   |---|---|
   | Self-employment, business, or profession: | $ "0" |
   | Income from interest or dividends: | $ "0" |
   | Income from rent payments: | $ "0" |
   | Pensions, annuities, or life insurance: | $ "0" |
   | Disability or worker's compensation: | $ "0" |
   | Gifts: | $ 1,000 |
   | Deposits by others into your jail or prison account: | $ 1,000 |
   | Unemployment, public assistance, or welfare: | $ 0 |
   | Settlements or judgments: | $ 0 |
   | **Any other source of money:** | $ 0 |

Rev. 2/2020

3. _Cash and bank accounts:_ Do you have any money in cash or in a checking or savings account? ____ Yes ✓ No   If yes, how much? _____ none _____

4. _Other assets:_ Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?  ____ Yes ✓ No

   If yes, list each item of property and state its approximate value:

   _____ none _____

   _____

5. _Dependents:_ Is anyone dependent on you for support?  ____ Yes ✓ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____ none _____

   _____

6. _Debts and financial obligations:_ List any amounts you owe to others:

   _____ none ⚫⚫⚫ _____

   _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date:  3-28-23

_____Cornelius Mossette_____
_Applicant's signature_

_____Cornelius Mossche_____
_Printed name_

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, Cornelius . Mossette_____, ID #18-0804057 has the sum of $0.024 on account to his/her credit at Cook County-Doc (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $156.50 (Add all deposits from all sources and then divide by the number of months.)

Date:  3/27/2023

_____
_Signature of authorized officer_

_____Al-Smithun_____
_Printed name_

Rev. 2/2020

# Resident Transaction Details

Transactions From 6/14/2021 12:00 AM to 3/27/2023 11:59 PM

## 606053 : Mossette, Cornelius
### DIV9 3D 3190

Cook Checking Main Balance:    $0.02

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Amount | |
|---|---|---|---|---|---|---|---|
| 4985948 | 3/22/2023 | BillPay | | | PAYMENT FOR TRANS 4985947 | -$7.56 | $0.02 |
| 4985947 | 3/22/2023 | Bill | $7.56 | $7.56 | Commissary; COMMISSARY 3/22/2023 REF-9508 | $7.56 | $7.58 |
| 4976840 | 3/20/2023 | BillPay | | | PAYMENT FOR TRANS 4976839 | -$20.00 | $7.58 |
| 4976839 | 3/20/2023 | Bill | $20.00 | $20.00 | Commissary; COMMISSARY 3/20/2023 REF-9484 | | $27.58 |
| 4949662 | 3/15/2023 | BillPay | | | PAYMENT FOR TRANS 4949661 | -$96.14 | $27.58 |
| 4949661 | 3/15/2023 | Bill | $96.14 | $96.14 | Commissary; COMMISSARY 3/15/2023 REF-9390 | | $123.72 |
| 4914222 | 3/8/2023 | BillPay | | | PAYMENT FOR TRANS 4914221 | -$84.82 | $123.72 |
| 4914221 | 3/8/2023 | Bill | $84.82 | $84.82 | Commissary; COMMISSARY 3/8/2023 REF-9205 | $200.00 | $208.54 |
| 4909825 | 3/7/2023 | CredPay | | | PAYMENT FOR TRANS 4909824 | $200.00 | $208.54 |
| 4909824 | 3/7/2023 | Credit | $200.00 | $200.00 | Western Union Dep... TCN106011389... CRYSTAL PERKINS | | $8.54 |
| 4903943 | 3/6/2023 | BillPay | | | PAYMENT FOR TRANS 4903942 | -$20.00 | $8.54 |
| 4903942 | 3/6/2023 | Bill | $20.00 | $20.00 | Commissary; COMMISSARY 3/6/2023 REF-9153 | | $28.54 |
| 4876573 | 3/1/2023 | BillPay | | | PAYMENT FOR TRANS 4876572 | -$71.62 | $28.54 |
| 4876572 | 3/1/2023 | Bill | $71.62 | $71.62 | Commissary; COMMISSARY 3/1/2023 REF-9130 | | $100.16 |
| 4873518 | 2/28/2023 | CredPay | | | PAYMENT FOR TRANS 4873517 | $100.00 | $100.16 |

Confidential Property of Cook County

# 606053 : Mossette, Cornelius

DIV9 3D 3190

Cook Checking Main Balance: $0.02

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Actual Amount | Spend Balance |
|---|---|---|---|---|---|---|---|
| 4873517 | 2/28/2023 | Credit | $100.00 | $100.00 | Western Union Deposits TCN 6324475617Z30599 CRYSTAL PERKINS | | $0.16 |
| 4838156 | 2/22/2023 | BillPay | | | PAYMENT FOR TRANS 4838155 | -$100.91 | $0.16 |
| 4838155 | 2/22/2023 | Bill | $100.91 | $100.91 | Commissary COMISSARY 2/22/23 REF... | | $101.07 |
| 4835183 | 2/21/2023 | CredPay | | | PAYMENT FOR TRANS 4835182 | $100.00 | $101.07 |
| 4835182 | 2/21/2023 | Credit | $100.00 | $100.00 | Western Union Deposits TCN 1905017418Z29529 CRYSTAL PERKINS | | |
| 4802119 | 2/15/2023 | BillPay | | | PAYMENT FOR TRANS 4802118 | -$99.01 | $1.07 |
| 4802118 | 2/15/2023 | Bill | $99.01 | $99.01 | Commissary COMISSARY 2/15/23 REF... | | $100.08 |
| 4799357 | 2/14/2023 | CredPay | | | PAYMENT FOR TRANS 4799356 | $100.00 | $100.08 |
| 4799356 | 2/14/2023 | Credit | $100.00 | $100.00 | Western Union Deposits TCN 6536862US9Z3945 CRYSTAL PERKINS | $100.00 | $100.08 |
| 4767687 | 2/8/2023 | BillPay | | | PAYMENT FOR TRANS 4767686 | -$69.00 | $0.08 |
| 4767686 | 2/8/2023 | Bill | $69.00 | $69.00 | Commissary COMISSARY 2/8/2023 REF... | | $69.08 |
| 4731167 | 1/31/2023 | BillPay | | | PAYMENT FOR TRANS 4731166 | -$100.96 | $69.08 |
| 4731166 | 1/31/2023 | Bill | $100.96 | $100.96 | Commissary COMISSARY 1/31/23 REF... JM@TF | | $170.04 |
| 4724988 | 1/30/2023 | BillPay | | | PAYMENT FOR TRANS 4724987 | -$30.00 | $170.04 |
| 4724987 | 1/30/2023 | Bill | $30.00 | $30.00 | Commissary COMISSARY 1/30/2023 REF... | | $200.04 |
| 4701057 | 1/25/2023 | CredPay | | | PAYMENT FOR TRANS 4701056 | $200.00 | $200.04 |
| 4701056 | 1/25/2023 | Credit | $200.00 | $200.00 | Western Union Deposits | $200.00 | $200.00 |

# 606053 : Mossette, Cornelius
## DIV9 3D 3190

Cook Checking Main Balance:    $0.02

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | TGN19529384592302381CRYSTAL PERKINS | | |
| 4699264 | 1/25/2023 | BillPay | | | PAYMENT FOR TRANS 4699263 | -$0.11 | $0.04 |
| 4699263 | 1/25/2023 | Bill | $0.11 | $0.11 | Commissary; COMMISSARY 1/25/2023 REF:9777 | | |
| 4664890 | 1/18/2023 | BillPay | | | PAYMENT FOR TRANS 4664889 | -$86.34 | $0.15 |
| 4664889 | 1/18/2023 | Bill | $86.34 | $86.34 | Commissary; COMMISSARY 1/18/2023 REF:8590 | | |
| 4646522 | 1/15/2023 | CredPay | | | PAYMENT FOR TRANS 4646521 | $50.00 | $86.49 |
| 4646521 | 1/15/2023 | Credit | $50.00 | $50.00 | Western Union Deposit; TGN2580544208230158DENZEL $50 JT | | |
| 4630703 | 1/11/2023 | BillPay | | | PAYMENT FOR TRANS 4630702 | -$99.55 | $36.49 |
| 4630702 | 1/11/2023 | Bill | $99.55 | $99.55 | Commissary; COMMISSARY 1/11/2023 REF:8026 | | |
| 4621924 | 1/9/2023 | BillPay | | | PAYMENT FOR TRANS 4621923 | -$10.00 | $136.04 |
| 4621923 | 1/9/2023 | Bill | $10.00 | $10.00 | Commissary; COMMISSARY 1/9/2023 REF:0016 | | |
| 4593320 | 1/3/2023 | BillPay | | | PAYMENT FOR TRANS 4593319 | -$9.82 | $146.04 |
| 4593319 | 1/3/2023 | Bill | $9.82 | $9.82 | Commissary; COMMISSARY 1/3/2023 REF:3012 | | |
| 4563609 | 12/27/2022 | BillPay | | | PAYMENT FOR TRANS 4563608 | -$2.36 | $155.86 |
| 4563608 | 12/27/2022 | Bill | $2.36 | $2.36 | Commissary; COMMISSARY 12/27/2022 REF:3441 | | |
| 4535682 | 12/20/2022 | BillPay | | | PAYMENT FOR TRANS 4535681 | -$20.35 | $158.22 |
| 4535681 | 12/20/2022 | Bill | $20.35 | $20.35 | Commissary; COMMISSARY 12/20/2022 REF:9364 | | |
| 4509732 | 12/14/2022 | BillPay | | | PAYMENT FOR TRANS 4509731 | -$9.47 | $178.57 |
| 4509731 | 12/14/2022 | Bill | $9.47 | $9.47 | Commissary; COMMISSARY 12/14/2022 REF:9305 | | |

# 606053 : Mossette, Cornelius

## DIV9 3D 3190

Cook Checking Main Balance: $0.02

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 4500520 | 12/12/2022 | BillPay | | | PAYMENT FOR TRANS 4500519 | -$10.00 | $188.04 |
| 4500519 | 12/12/2022 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 12/12/2022 REF:8267 | | $198.04 |
| 4476542 | 12/7/2022 | BillPay | | | PAYMENT FOR TRANS 4476541 | | |
| 4476541 | 12/7/2022 | Bill | $99.43 | $99.43 | Commissary : COMMISSARY 12/7/2022 REF:8210 | | $297.47 |
| 4473748 | 12/6/2022 | CredPay | | | PAYMENT FOR TRANS 4473747 | | $297.47 |
| 4473747 | 12/6/2022 | Credit | $79.00 | $79.00 | Western Union Deposits : TCN:53578908412234408|CRYSTAL, PERKINS | | $218.47 |
| 4469756 | 12/5/2022 | CredPay | | | PAYMENT FOR TRANS 4469755 | | $218.47 |
| 4469755 | 12/5/2022 | Credit | $200.00 | $200.00 | Western Union Deposits : TCN:33593517602223398|MAGDALENA, HERNANDEZ | | $18.47 |
| 4443120 | 11/30/2022 | BillPay | | | PAYMENT FOR TRANS 4443119 | | $18.47 |
| 4443119 | 11/30/2022 | Bill | $101.63 | $101.63 | Commissary : COMMISSARY 11/30/2022 REF:8101 | | $120.10 |
| 4409676 | 11/22/2022 | CredPay | | | PAYMENT FOR TRANS 4409675 | | $120.10 |
| 4409675 | 11/22/2022 | Credit | $120.00 | $120.00 | Western Union Deposits : TCN:91480933332223268|CRYSTAL, PERKINS | | $0.10 |
| 4396100 | 11/18/2022 | BillPay | | | PAYMENT FOR TRANS 4396099 | | $0.10 |
| 4396099 | 11/18/2022 | Bill | $0.45 | $0.45 | Commissary : COMMISSARY 11/18/2022 REF:7951 | | $0.55 |
| 4379038 | 11/16/2022 | BillPay | | | PAYMENT FOR TRANS 4379037 | | $37.77 |
| 4379037 | 11/16/2022 | Bill | $37.77 | $37.77 | Commissary : COMMISSARY 11/16/2022 REF:7920 | | $38.32 |
| 4293207 | 11/14/2022 | BillPay | | | PAYMENT FOR TRANS 4293206 | | $2.00 |

Confidential Property of Cook County

## 606053 : Mossette, Cornelius
### DIV9 3D 3190

Cook Checking Main Balance: _____ $0.02

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 4293206 | 11/14/2022 | Bill | $2.00 | $2.00 | Commissary : COMMISSARY 11/14/2022 REF:7900 | | $40.32 |
| 4268494 | 11/9/2022 | CredPay | | | PAYMENT FOR TRANS 4268493 | $40.00 | $40.32 |
| 4268493 | 11/9/2022 | Credit | $40.00 | $40.00 | Western Union Deposits TGN:1747579440223138|LATRICE IVA HON | | $0.32 |
| 4266565 | 11/9/2022 | BillPay | | | PAYMENT FOR TRANS 4266564 | -$60.68 | $0.32 |
| 4266564 | 11/9/2022 | Bill | $60.68 | $60.68 | Commissary : COMMISSARY 11/9/2022 REF:7752 | | $61.00 |
| 4230422 | 11/2/2022 | BillPay | | | PAYMENT FOR TRANS 4230421 | -$101.20 | $61.00 |
| 4230421 | 11/2/2022 | Bill | $101.20 | $101.20 | Commissary : COMMISSARY 11/2/2022 REF:7760 | | $162.20 |
| 4195689 | 10/26/2022 | BillPay | | | PAYMENT FOR TRANS 4195688 | -$77.69 | $162.20 |
| 4195688 | 10/26/2022 | Bill | $77.69 | $77.69 | Commissary : COMMISSARY 10/26/2022 REF:7686 | | $239.89 |
| 4181630 | 10/24/2022 | Check | | | Check 636704 Paid To: DEBORAH ANN NICKELSON 3PC- LOBBY (FRIEND) | -$300.00 | $239.89 |
| 4159020 | 10/19/2022 | BillPay | | | PAYMENT FOR TRANS 4159019 | -$86.07 | $539.89 |
| 4159019 | 10/19/2022 | Bill | $86.07 | $86.07 | Commissary : COMMISSARY 10/19/2022 REF:7633 | | $625.96 |
| 4119038 | 10/12/2022 | CredPay | | | PAYMENT FOR TRANS 4119037 | $7.11 | $625.96 |
| 4119037 | 10/12/2022 | Credit | $7.11 | $7.11 | Commissary : COMMISSARY CREDIT 10/12/2022 REF:7575 | | $618.85 |
| 4115701 | 10/12/2022 | BillPay | | | PAYMENT FOR TRANS 4115700 | -$61.63 | $618.85 |
| 4115700 | 10/12/2022 | Bill | $61.63 | $61.63 | Commissary : COMMISSARY 10/12/2022 REF:7562 | | $680.48 |
| 4105525 | 10/10/2022 | BillPay | | | PAYMENT FOR TRANS 4105524 | -$20.00 | $680.48 |
| 4105524 | 10/10/2022 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 10/10/2022 REF:7540 | | $700.48 |

## 606053 : Mossette, Cornelius
DIV9 3D 3190

Cook Checking Main Balance:    $0.02

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 4083316 | 10/5/2022 | CredPay | | | PAYMENT FOR TRANS 4083315 | $28.02 | $700.48 |
| 4083315 | 10/5/2022 | Credit | $28.02 | $28.02 | Commissary : COMMISSARY CREDIT 10/5/2022 REF-7505 | | |
| 4079187 | 10/5/2022 | BillPay | | | PAYMENT FOR TRANS 4079186 | -$48.10 | $672.46 |
| 4079186 | 10/5/2022 | Bill | $48.10 | $48.10 | Commissary : COMMISSARY 10/5/2022 REF-7507 | | |
| 4070878 | 10/3/2022 | BillPay | | | PAYMENT FOR TRANS 4070877 | -$20.00 | $720.56 |
| 4070877 | 10/3/2022 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 10/3/2022 REF-7457 | | |
| 4039551 | 9/28/2022 | CredPay | | | PAYMENT FOR TRANS 4039550 | $11.42 | $740.56 |
| 4039550 | 9/28/2022 | Credit | $11.42 | $11.42 | Commissary : COMMISSARY CREDIT 9/28/2022 | | |
| 4034571 | 9/28/2022 | BillPay | | | PAYMENT FOR TRANS 4034570 | -$95.23 | $729.14 |
| 4034570 | 9/28/2022 | Bill | $95.23 | $95.23 | Commissary : COMMISSARY 9/28/2022 REF-7385 | | |
| 4017686 | 9/26/2022 | Check | | | Check 6355255 Paid To: FELICIA NICKELSON 3PC- LOBBY (FIANCE) | -$300.00 | $824.37 |
| 3990609 | 9/21/2022 | BillPay | | | PAYMENT FOR TRANS 3990608 | -$1.05 | $1124.37 |
| 3990608 | 9/21/2022 | Bill | $1.05 | $1.05 | Law Library : PHOTOCOPYING | | $1125.42 |
| 3985942 | 9/21/2022 | BillPay | | | PAYMENT FOR TRANS 3985941 | -$93.99 | $1125.42 |
| 3985941 | 9/21/2022 | Bill | $93.99 | $93.99 | Commissary : COMMISSARY 9/21/2022 REF-7314 | | $1219.41 |
| 3974321 | 9/19/2022 | BillPay | | | PAYMENT FOR TRANS 3974320 | -$30.00 | $1219.41 |
| 3974320 | 9/19/2022 | Bill | $30.00 | $30.00 | Commissary : COMMISSARY 9/19/2022 REF-7292 | | $1249.41 |
| 3952788 | 9/16/2022 | Check | | | Check 6348637 Paid To: FELICIA M NICKELSON | -$30.00 | $1249.41 |

Confidential Property of Cook County

# 606053 : Mossette, Cornelius
## DIV9 3D 3190

Cook Checking Main Balance:     $0.02

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | 3PC FANCE | | |
| 3938589 | 9/14/2022 | BillPay | | | PAYMENT FOR TRANS 3938588 | -$69.95 | $1549.41 |
| 3938588 | 9/14/2022 | Bill | $69.95 | $69.95 | Commissary: COMMISSARY 9/14/2022 REF 7217 | | $1619.39 |
| 3892780 | 9/7/2022 | CredPay | | | PAYMENT FOR TRANS 3892779 | $12.47 | $1619.36 |
| 3892779 | 9/7/2022 | Credit | $12.47 | $12.47 | Commissary: COMMISSARY CREDIT 9/7/2022 REF 7157 | | |
| 3888239 | 9/7/2022 | BillPay | | | PAYMENT FOR TRANS 3888238 | -$78.65 | $1606.89 |
| 3888238 | 9/7/2022 | Bill | $78.65 | $78.65 | Commissary: COMMISSARY 9/7/2022 REF 7144 | | |
| 3859507 | 9/1/2022 | CredPay | | | PAYMENT FOR TRANS 3859506 | $8.69 | $1685.54 |
| 3859506 | 9/1/2022 | Credit | $8.69 | $8.69 | Commissary: COMMISSARY CREDIT 9/1/2022 REF 7119 | | |
| 3847209 | 8/31/2022 | BillPay | | | PAYMENT FOR TRANS 3847208 | -$92.09 | $1676.85 |
| 3847208 | 8/31/2022 | Bill | $92.09 | $92.09 | Commissary: COMMISSARY 8/31/2022 REF 7094 | | $1768.94 |
| 3834730 | 8/29/2022 | BillPay | | | PAYMENT FOR TRANS 3834729 | -$20.00 | $1768.94 |
| 3834729 | 8/29/2022 | Bill | $20.00 | $20.00 | Commissary: COMMISSARY 8/29/2022 REF 7079 | | $1788.94 |
| 3795677 | 8/24/2022 | BillPay | | | PAYMENT FOR TRANS 3795676 | -$100.22 | $1788.94 |
| 3795676 | 8/24/2022 | Bill | $100.22 | $100.22 | Commissary: COMMISSARY 8/24/2022 REF 7021 | | $1889.16 |
| 3785571 | 8/22/2022 | BillPay | | | PAYMENT FOR TRANS 3785570 | -$50.00 | $1889.16 |
| 3785570 | 8/22/2022 | Bill | $50.00 | $50.00 | Commissary: COMMISSARY 8/22/2022 REF 7002 | | $1939.16 |
| 3765590 | 8/18/2022 | CredPay | | | PAYMENT FOR TRANS 3765589 | $24.48 | $1939.16 |

Confidential Property of Cook County

## 606053 : Mossette, Cornelius
### DIV9 3D 3190

Cook Checking Main Balance:    $0.02

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 3765589 | 8/18/2022 | Credit | $24.48 | $24.48 | Commissary : COMMISSARY CREDIT 8/18/2022 REF-6969 | | $1914.68 |
| 3759203 | 8/17/2022 | BillPay | | | PAYMENT FOR TRANS 3759202 | -$101.91 | $1914.68 |
| 3759202 | 8/17/2022 | Bill | $101.91 | $101.91 | Commissary : COMMISSARY 8/17/2022 REF-69-54 | | |
| 3750681 | 8/15/2022 | BillPay | | | PAYMENT FOR TRANS 3750680 | -$30.00 | $2016.59 |
| 3750680 | 8/15/2022 | Bill | $30.00 | $30.00 | Commissary : COMMISSARY | | $2016.59 |
| 3734830 | 8/13/2022 | CredPay | | | PAYMENT FOR TRANS 3734829 | $40.24 | $2046.59 |
| 3734829 | 8/13/2022 | Credit | $40.24 | $40.24 | Commissary : COMMISSARY CREDIT 8/13/2022 REF-6918 | | |
| 3724051 | 8/10/2022 | BillPay | | | PAYMENT FOR TRANS 3724050 | -$96.03 | $2006.35 |
| 3724050 | 8/10/2022 | Bill | $96.03 | $96.03 | Commissary : COMMISSARY REF-6989 | | |
| 3714735 | 8/8/2022 | BillPay | | | PAYMENT FOR TRANS 3714734 | -$20.00 | $2102.38 |
| 3714734 | 8/8/2022 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 8/8/2022 REF-6969 | | |
| 3691249 | 8/3/2022 | CredPay | | | PAYMENT FOR TRANS 3691248 | $83.38 | $2122.38 |
| 3691248 | 8/3/2022 | Credit | $83.38 | $83.38 | Commissary : COMMISSARY CREDIT 8/3/2022 REF-6837 | | |
| 3653715 | 7/27/2022 | BillPay | | | PAYMENT FOR TRANS 3653714 | -$19.53 | $2039.00 |
| 3653714 | 7/27/2022 | Bill | $19.53 | $19.53 | Commissary : COMMISSARY 7/27/2022 REF-6758 | | |
| 3638399 | 7/25/2022 | HoldRel | | | Hold manually released from resident account | $1798.00 | $2058.53 |
| 3638396 | 7/25/2022 | CredPayV | | | VOID TRANS 3608696 | | |
| 3638395 | 7/25/2022 | CredVoid | $300.00 | $300.00 | VOID TRANS 3608692 : | | $2358.53 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Cornelius Mossette (2018-0804057), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 23-cv-01235 |
| v. | ) | |
| | ) | Judge John F. Kness |
| Tom Dart, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. 3) is denied without prejudice because it is incomplete. If Plaintiff wants to proceed further with this lawsuit, he must either: (1) submit a renewed *in forma pauperis* application in accordance with this order; or (2) prepay the $402 filing fee. Failure to comply with this order on or before April 10, 2023 may result in the summary dismissal of this case. Plaintiff is advised that he has a continuing obligation to keep the Court apprised of his current address, and failure to do so will result in dismissal of this lawsuit for failure to comply with a court order and for want of prosecution. The Clerk is instructed to send Plaintiff a blank *in forma pauperis* application, along with a copy of this order. The Court defers its review of Plaintiff's complaint (Dkt. 1) and his motion for attorney representation (Dkt. 4) until Plaintiff resolves his fee status. See accompanying Statement for details.

**STATEMENT**

Plaintiff Cornelius Mossette, an inmate at the Cook County Jail, brings this civil rights lawsuit *pro se* under 42 U.S.C. § 1983, alleging inadequate medical care. Plaintiff seeks leave to proceed *in forma pauperis* (IFP) (Dkt. 3) in this action.

Plaintiff's IFP application is incomplete and is thus denied without prejudice. The Prison Litigation Reform Act requires all prisoners to pay the full filing fee. *See* 28 U.S.C. § 1915(b)(1). If the prisoner is not able to prepay the fee, he may submit an application to proceed IFP to pay the fee with monthly deductions from his trust fund account. A prisoner seeking leave to proceed IFP must obtain a certificate from an authorized official stating the amount of money the prisoner has on deposit in his or her trust fund account. The prisoner also must "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2).

Plaintiff's application, however, is incomplete. To begin, the application is stale: Plaintiff signed it on December 26, 2022, and the jail certification was completed on December 6, 2022. (Dkt. 3 at pg. 2.) But Plaintiff did not file this lawsuit until February 16, 2023. Moreover, the application does not include certified trust fund information for the six-month period preceding the filing of the lawsuit (*i.e.*, from August 16, 2022 to February 16, 2023). Instead, the application includes trust fund information for the period covering June 1, 2022 to September 14, 2022. (*See id.* at pgs. 3-6.) These gaps preclude the Court from making an accurate assessment of Plaintiff's financial condition.

If Plaintiff wishes to proceed further with this lawsuit, he must submit a complete renewed application in accordance with this order. Plaintiff is admonished that any false or inaccurate representations concerning his financial status will subject this case to dismissal. Plaintiff should therefore ensure that he is providing complete and accurate information concerning his finances in any renewed application. In the alternative, Plaintiff may prepay the full statutory filing fee of $402.

The Clerk is instructed to send Plaintiff a blank IFP application, along with a copy of this order. Plaintiff's failure to comply with this order by the date set forth above may result in the summary dismissal of this lawsuit.

SO ORDERED in No. 23-cv-01235.

Date: March 13, 2023

_____
JOHN F. KNESS
United States District Judge

2

Cornelius Mosehe

#20180804057

Cook County Jail

2700 south California Ave

Chicago, IL 60608

04/04/2023-8

RECEIVED
APR 04 2023
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of the U.S District

Court United States Court House

Office of

