IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cornelius Mossette (2018-0804057), | ) | |
| | ) | |
| Plaintiff, | ) | No. 23-cv-01235 |
| | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| Tom Dart *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

     In an order (Dkt. 7) entered on June 13, 2023 (the "June 13 Order"), the Court recruited attorney and trial bar member Scott Carlton Sands to represent Plaintiff, who is an incarcerated individual at the Cook County Jail. Mr. Sands was instructed to file an appearance, correspond with Plaintiff, and file an amended complaint by July 10, 2023. On June 27, 2023, Court staff received an email from Mr. Sands, who related that he is "attempting to correspond with Mr. Mossette via email." Mr. Sands asked that the Court "forward this email to [Plaintiff] so that [they] may communicate and [Mr. Sands] can attempt to determine if [Plaintiff] has a meritorious case." Although the Court is grateful for Mr. Sands's efforts, communicating with the Court by email is impermissible for several reasons (including the risk of improper *ex parte* communications and failure to keep a proper record under Fed. R. Civ. P. 79). Accordingly, the Court respectfully requests that Mr. Sands not communicate further with the Court by email concerning substantive matters in the case. In accordance with the June 13 Order, Mr. Sands should contact Plaintiff directly to engage in the necessary communications with his client. To the extent Mr. Sands experiences difficulties in reaching Plaintiff, he should consider contacting Cook County Jail staff for assistance or sending Plaintiff a written letter in hard copy. In view of the pending need for Mr. Sands to communicate with Plaintiff, the July 10, 2023 deadline for filing an amended complaint (see Dkt. 7) is extended to August 7, 2023. The Clerk is directed to send a copy of this order to Plaintiff and recruited counsel.

SO ORDERED.

Date: July 5, 2023

                                                        JOHN F. KNESS
                                                        United States District Judge