IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cornelius Mossette (2018-0804057), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-01235 |
| | ) | |
| Tom Dart *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT AND REQUEST FOR EXTENSION OF TIME TO DETERMINE WHETHER FILING AN AMENDED COMPLAINT IS CONSISTENT WITH FRCP RULE 11**

Now Comes Cornelius Mossette, by his Court-Appointed Attorney, Scott C. Sands, and provides a status report and request for additional time to investigate this matter, states in support as follows:

1. By Order dated June 13, 2023, Attorney Scott C. Sands was recruited to represent Plaintiff Cornelius Mossette.

2. Said Order gave Scott C. Sands until July 10, 2023 to file an appearance, correspond with Plaintiff, and file an Amended Complaint. Counsel's initial attempts to have a Zoom call with Plaintiff Mossette were initially unsuccessful and this Court granted an extension to August 7, 2023 to file an Amended Complaint.

3. Counsel was finally able to confer with Plaintiff Mossette on July 17, 2023.

4. Counsel filed his appearance on July 24, 2023.

5. After speaking to Plaintiff Mossette, Counsel on July 24, 2023 issued subpoenas to Cermak Health Services of Cook County and to Cook County Division IX

        Dispensary to investigate what, if any, care and treatment was provided to Plaintiff Mossette after he allegedly sustained injuries on or about July 3, 2021, and to identify the full names of the health care providers to potentially be named as party Defendants in this matter.

6.     It is imperative that counsel for the Plaintiff have an appropriate amount of time to investigate and determine whether Plaintiff faced a "serious medical condition," whether filing an amended complaint would be consistent with counsel's Rule 11 obligations, and in the event filing an amended Complaint is warranted, to identify through the medical records any and all potentially responsible persons or entities.

WHEREFORE, for the aforementioned reasons, Scott C. Sands, Counsel for Plaintiff Mossette, asks for a 60-90 day extension of time to investigate this matter and determine whether to file an Amended Complaint.

                                Respectfully submitted,

                                /s/ Scott C. Sands

Attorney for Plaintiff
Scott C. Sands #6192996
Anesi Ozmon, Ltd.
161 North Clark | 21st Floor
Chicago, Illinois 60601
(312)372-3822
ssands@anesilaw.com