**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Cornelius Mossette (2018-0804057), | ) | |
| | ) | |
| Plaintiff, | ) | No. 23-cv-01235 |
| | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| Tom Dart *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 4, 2023, Plaintiff's recruited attorney filed (Dkt. 10) a status report and request for extension of time to file an amended complaint. For the reasons set forth in the status report, the Court grants the recruited attorney's request for an extension of time. Any amended complaint must be filed on or before October 13, 2023. The Clerk is instructed to send a copy of this order to Plaintiff.

Date: August 28, 2023

_____
JOHN F. KNESS
United States District Judge